

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

DONNA SIMS,                          }
                                     }      Civil Action 2:11-cv-851
    Plaintiff,       }
                                     }      JUDGE: ALGENON L. MARBLEY
    v.               }
                                     }
TRANSWORLD SYSTEMS,                  }
                                     }
    Defendant.       }
_____ /

### ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary

Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _24_ day of February, 2012.

Judge Algenon L. Marbley